UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MATSCO, a division of WELLS FARGO BANK, N.A., | ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil No. 08-433-P-S |
| BRIGHTON FAMILY DENTAL, P.C., and JASON KASSIR, | ) ) ) | |
| Defendants | ) | |

**ORDER FOR SERVICE BY PUBLICATION**

The plaintiff MATSCO, a division of Wells Fargo Bank, N.A., has brought this action pursuant to 28 U.S.C. § 1332(a) to recover monies allegedly owed to it by defendants Brighton Family Dental, P.C., and Jason Kassir, under the terms of a financing agreement and secured guaranty. In addition, by its complaint, MATSCO seeks to recover certain personal property belonging to defendant Jason Kassir and located in the State of Maine which was pledged as collateral under the financing agreement.

Defendant Jason Kassir is hereby directed to appear and defend this action by filing an answer to the complaint or other responsive pleading, and to serve copies of the same on the plaintiff's attorney, all within twenty (20) days after the twenty-first (21st) day after the first publication of this order. In case of failure to do so, judgment by default may be rendered against defendant Jason Kassir for the relief demanded in the complaint in this action. The plaintiff's attorney is Edgar B. Hatrick, Esq., whose address is Day Pitney LLP, One International Place, Boston, Massachusetts, 02110.

Publication of this order shall be made in the *Portland Press Herald*, a newspaper of general circulation published in Portland, Cumberland County, Maine, at least once per week for three (3) successive weeks. Within ten (10) days of the date of this order, the plaintiff shall also mail copies of the summons, complaint, and this order as published to defendant Jason Kassir at his last known address in Maine.

SO ORDERED.

Dated this 30th day of March, 2009.

/s/ John H. Rich III
John H. Rich III
United States Magistrate Judge